

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :      11 CRIM 267

      - v. -                         :      NOTICE OF INTENT TO
                                        FILE AN INFORMATION

HECTOR CARTAGENA,                   :

          Defendant.              :      JUDGE BATTS

                                        :

- - - - - - - - - - - - - - - x

         Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 8, 2011

                                PREET BHARARA
                                United States Attorney

               By:    _____
                     Alvin Bragg
                     Assistant United States Attorney

                     AGREED AND CONSENTED TO:

             By:   _____
                   Roberto Finzi
                   Attorney for Hector Cartagena

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 3/8/11]