UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **INFORMATION**

    - v. -                        :     11 Cr.

HECTOR CARTAGENA,                 :

        Defendant.              :

                            :

- - - - - - - - - - - - - - - - - x

**11 CRIM 267**

<u>COUNT ONE</u>

The Unites States Attorney charges:

1.  In or about December 2010, in the Southern District of New York and elsewhere, HECTOR CARTAGENA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that HECTOR CARTAGENA, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substance involved in the offense was 500 grams and more of a mixture and a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812 and 841(b)(1)(B).

**OVERT ACTS**

4.   In furtherance of the conspiracy and to effect the illegal object thereof, HECTOR CARTAGENA, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a.   On or about December 18, 2010, CARTAGENA drove to the Bronx, New York to meet with customers to arrange for a meeting later in the day at which he was to bring three kilograms of cocaine for the customers.

   b.   On or about December 18, 2010, CARTAGENA put three kilograms of cocaine into a "trap" in a car.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

5.   As a result of committing the controlled substance offense alleged in Count One of this Information, HECTOR CARTAGENA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the controlled substance offense alleged in Count One of this Information.

6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR CARTAGENA,

Defendant.

**INFORMATION**

(Title 21, United States Code, Sections
812, 841(b)(1)(B), 846, 853.)

PREET BHARARA
United States Attorney.