IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

FILED
NOV 13 2015
S.D. OF N.Y.

Hector Luis Rodriguez Cartagena,
Pro se Movant

v.

United States of America
Respondents

Case No. 11-CR-267 DAB

NOTICE OF MOTION: Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582 (c)(2) Amendment 782; Memorandum of Points and Authorities

---

**NOW COMES**, Hector Luis Rodriguez Cartagena, Pro se Movant moves this Honorable Court Pursuant to 18 U.S.C. § 3582 (c)(2) Amendment 782 for reduction of sentence from **120 months** to the level required in the new Smarter Sentencing Act triggering the Fair Sentencing Act Bill #s. 1695 (2013) triggering the Fair Sentencing Act of 2010 (s. 1789) retroactively applicable Pursuant to Authority U.S.S.C § 3553 (A), § 2D1.1 and § 5D1.14

The Movant humbly request of this Honorable Court to appoint counsel to review said filings Pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006 (A)(g)

## INTRODUCTION

On October 31, 2011, The United States District Court For The District Of New York (Southern), Honorable Judge Batts sentenced Movant to 120 months imprisonment and 5 years supervision for "Conspiracy to Distribute and Poss. Wit. Int. Delivery of Cocaine contrary to title 21 U.S.C. § 841, in violation of United

States Code Section §846

The sentence was imposed under the Sentencing Guidelines, with a base offense level computed under § 2D1.1, which by way of Guideline 2D1.1 provides a base offense level of 29

## ARGUMENT

Movant's offense level should be reduced from 108 to 135 and the guideline range reduced from 120 months to Guideline Range 87 to 108 based on the Amendment to § 2D1.1

### 18 U.S.C. § 3582 (c)(2) provides as follows:

In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon **MOTION OF THE DEFENDANT...** The Court may reduce the term of imprisonment, **AFTER** considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statement issued by the Sentencing Commission.

Section 1B1.10 is the guideline policy statement which implements 18 U.S.C. § 3582(c)(2). Subsection (c) of that policy statement lists amendments which is listed in Amendment 711. At the time of Movant's original sentence, the Courts were not required to treat the guidelines as mandatory. The Supreme Court has held the guidelines in their mandatory form are unconstitutional and through severing 18 U.S.C. § 3553(b) made them **"EFFECTIVELY ADVISORY"**. **BOOKER**, 543 U.S. at ___. **BOOKER** and subsequent

Supreme Court cases clarifying in - namely **RITA v. UNITED STATES**, supra; **GALL v. UNITED STATES**, supra; and **KIMBROUGH v. UNITED STATES**, supra - have created a brave new world, in which the guidelines are but one of several factors to be considered under § 3553(a). What the Supreme Court has described as the **"OVERARCHING PROVISION"** in § 3553(a) is the requirement that courts "impose a sentence sufficient, but not greater than necessary to accomplish the goals of sentencing." **KIMBROUGH**, 128 **S.Ct.** at 570

## DISCUSSION AND CONSIDERATION OF 18 U.S.C. § 3553(a) FACTORS

Title 18 U.S.C. § 3553(a) factors to be considered in imposing a sentence, articulates that the Court shall impose a sentence sufficient, but not greater than necessary to comply with the purpose set forth in paragraph (2) of this subsection. The Court suggested that policy disagreement in this area was even more defensible than in other areas. It noted that in ordinary case, the Commission's recommendation of a sentence will reflect a rough approximation of sentences that might achieve § 3553(a)'s objectives, ID. at 574 (quoting **RITA**, 127 **S.Ct.** at 2465), and so closer review may be in order when the sentencing judge varies from the guidelines, based solely on the Judges view that the guideline range **"FAILS PROPERLY TO REFLECT § 3553(a) CONSIDERATIONS EVEN IN A MINE-RUN CASE"**.

These concerns are partially assuaged by the recent amendment reducing offense levels, moreover. This also was recognized by the Supreme Court in **KIMBROUGH**;

**KIMBROUGH**, 128 **S.Ct.** at 569 (quoting 2007 Sentencing Commission Report, supra pp. 3-4 at 10). Kimbrough's rationale for varying from the guidelines therefore remains even after.

## HISTORY AND CHARACTERISTICS OF MOVANT

The Movant, Pro Se respectfully **MOVES** this Honorable Court to consider that the Supreme Court has held the guidelines in thier mandatory form are unconstitutional and through serving 18 U.S.C. § 3553(a) and made them **"ADVISORY"** and all factors enumerated in 18 U.S.C. § 3553(a) and impose a sentence sufficient but not greater than necessary to provide just punishment for the Movant based upon Sentencing Commission Amendment 782 and based upon the circumstances surrounding the Movant's case.

Moreover, Movant pray's that this Honorable Court will consider that having now been incarcerated for approx. **57 months** on a **120 month** prison term and now at the age of **33 years old**, I have had more than a ample amount of time to re-evaluate my life, contemplate and strategically change my cognitive dissonance because I am far from being a dullard individual and I have no room for faux-pas in my life.

Therefore, I am highly confident that dealing drugs will never again become apart of my life. Section § 3582(c)(2) requires that the District Court to consider the factors enumerated in § 3553(a) in determining whether modification of previously imposed sentence is warranted. **DILLION v. UNITED**

4 of 6

STATES, supra. Educational classes while in federal custody. I, Movant have been in complete compliance with factor's to be considered when imposing sentence under § 3553(a)(2)(D), the Movant has completed and received certificates of completion for the following:

1. Received **GED**
2. Currently **EDUCATION TUTOR**
3. Electric for Homeowners
4. Intro to the National Electric Code
5. Computer Skills VT
6. et al

I was raised in the concrete jungle on the streets of Patterson, New Jersey surrounded by drug abuse, poverty, neglect and no males that provided positive examples in my life. Looking back, it may have been inevitable, that I would follow the path of my peers.

My young adult life was spent growing up in neighborhoods where it is common for men to support themselves as well as thier families by dealing drugs. Such men were my only mentors and role models

None of this is to be misconstrued as an excuse because at the end of it all, I am the sole controller of my own destiny and except full responsibility of my own actions.

I am no longer that young troubled man without cause nor direction before coming into the federal system. I have committed myself into carving a positive path for myself to become a productive member in prison as well as upon my

5 of 6

release back into society, so that my family members may be proud of me as much as I am of myself

I know that life without drugs, whether it be dealing or using, it is possible. I realize the seriousness of my criminal behavior. It wasn't a life style, but a behavior with real victims (to include my family as well as myself) and dire consequences.

The Movant's term of imprisonment has afforded me the opportunity to sustain an abstenence from an addictive facade of a life style and I have used this time positively. The need for the sentenced imposed pursuant to § 3553 (a)(2) factors has been accomplished, and the Movant does not attempt to diminish the significance of his current nor prior offenses.

## CONCLUSION

Having established and determined that the Movant's case demonstrats the need for the sentence reduction has been satisfied, the Movant humbly request of this Honorable Court to exercise it's descretion in a decision as to whether the Movant deserves a two base offense level reduction

Movant has served 47.4% of his term as of the date of this motion and prays that this Honorable Court will mercifully **GRANT** this motion for reduction of sentence.

The Movant Further Sayeth Naught..

Respectfully Submitted

DATE: November __6__, 2015

_[signature]_

# Certificate of Appreciation

Awarded to:

## Hector Cartagena

In appreciation of all the hard work you have done to make the Spanish GED class run more efficiently.

Mr. Sieling,
Spanish GED Instructor

November, 2015

```
  FTDS7          *          INMATE EDUCATION DATA          *       09-15-2015
PAGE 001 OF 001  *              TRANSCRIPT                 *       09:43:22

REGISTER NO: 64445-054   NAME..: CARTAGENA RODRIGUEZ        FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: FTD-FORT DIX FCI

----------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
FTD  ESL HAS    ENGLISH PROFICIENT           06-27-2012 1348 CURRENT
FTD  GED EARNED GED EARNED IN BOP            01-02-2015 0800 CURRENT

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
FTD GP    COMPUTER SKILLS VT12:30-2:00PM 01-06-2015 05-26-2015  P   C  M   120
FTD GP    GED W SPAN RM240 M-F 0900-1030 07-18-2013 01-02-2015  P   C  P   936
FTD GP    GED W SPAN RM240 M-F 0730-0900 07-02-2012 07-18-2013  C   W  I     0
FTD GP    INTRO TO THE NATL ELEC CODE   04-09-2012 07-02-2012  P   C  P    24
FTD GP    ELECTRIC FOR HOMEOWNERS       04-09-2012 07-02-2012  P   C  P    24
FTD GP    BASIC ALGEBRA                 04-09-2012 07-02-2012  P   C  P    24

------------------------------- HIGH TEST SCORES ------------------------------
TEST          SUBTEST        SCORE     TEST DATE    TEST FACL   FORM      STATE
GED           AVERAGE        454.0     12-18-2014   FTD         PASS      DC
              LIT/ARTS       500.0     08-21-2014   FTD         ID        MS
              MATH           410.0     12-18-2014   FTD         IA        DC
              SCIENCE        430.0     12-18-2014   FTD         IA        DC
              SOC STUDY      470.0     12-18-2014   FTD         IA        DC
              WRITING        460.0     08-21-2014   FTD         ID        MS
GED PRAC      AVERAGE        408.0     10-17-2014   FTD         FAIL
              LIT/ARTS       500.0     07-12-2013   FTD         PE
              MATH           390.0     04-09-2014   FTD         PA
              SCIENCE        480.0     08-08-2014   FTD         PE
              SOC STUDY      470.0     07-15-2014   FTD         PD
              WRITING        460.0     04-09-2014   FTD         PA
SABE/2        MATH COMP        2.4     01-25-2012   FTD
              MATH CONC        3.1     01-25-2012   FTD
              READ COMP        4.3     01-25-2012   FTD
              VOCABULARY       6.6     01-25-2012   FTD




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 FTDS7          *           INMATE EDUCATION DATA           *    09-15-2015
PAGE 001 OF 001 *    PROGRAM REVIEW / WITHDRAWAL INTERVIEW  *    09:45:16

REGISTER NO: 64445-054      NAME..: CARTAGENA RODRIGUEZ        FUNC: PRT
FORMAT.....: REVIEW         RSP OF: FTD-FORT DIX FCI

  --------------------------- LITERACY PROGRAM ----------------------------
01-02-2015 /WITHDRAWAL /SYI/FTD    /FTD
               REAS: OTHER     (PASSED GED/STATE OF DC/FORM IA)
               PROG: EXCELLENT (TOTAL SCORE=2270/AVG SCORE=454)
               REEN: OTHER     (NOT NECESSARY = GED EARNED    )
12-18-2014 /REVIEW /SYI/FTD        /FTD
               TYPE: OTHER      (OFFICIAL GED TESTED; WAITING )
                                (FOR TEST RESULTS             )
08-27-2014 /REVIEW /SYI/FTD        /FTD
               TYPE: OTHER      (RCVD OFF GED TEST RESULTS-NON )
                                (PASS;NDS WRK ON MATH/AVG      )
06-23-2014 /REVIEW /KS/FTD         /FTD
               TYPE: OTHER      (HAS EARNED 720 HRS. PRGRSS AND)
                                (EFFORT GOOD REC. EP           )
05-08-2014 /REVIEW /SYI/FTD        /FTD
               TYPE: OTHER      (RCVD OFF GED TEST SCORE-NOPASS)
                                (ND WRK ON WRITE/MATH/AVG SCORE)
04-30-2014 /REVIEW /SYI/FTD        /FTD
               TYPE: OTHER      (OFFICIAL GED TESTED- SPAN;    )
                                (WAITING FOR TEST RESULTS      )
11-23-2013 /REVIEW /KS/FTD         /FTD
               TYPE: 480 HOURS  (HAS EARNED 480 HRS. PRGRSS AND)
                                (EFFORT GOOD REC. EP           )
03-26-2013 /REVIEW /FTD/NDG        /FTD
               TYPE: OTHER      (SIGNED CODE/CONDUCT           )
03-21-2013 /REVIEW /FTD/NDG        /FTD
               TYPE: 240 HOURS  (240 HOURS IN LITERACY/ GED SAT)
02-01-2013 /REVIEW /FTD-MM         /FTD
               TYPE: OTHER      (IM UA FROM 0730 CLS/COUNSELD  )
12-21-2012 /REVIEW /SYI/FTD        /FTD
               TYPE: OTHER      (DID NOT WANT TO TAKE PRACTICE )
                                (GED TEST                      )
07-03-2012 /REVIEW /FTD-OG         /FTD
               TYPE: OTHER      (ASSIGNED TO SPANISH GED       )
                                (COUNSELED ON RULES            )
02-28-2012 /REVIEW /SYI/FTD        /FTD
               TYPE: INITIAL    (ESL NEED/GED EN-RECOMMEND ESL,)
                                (SGED,VT,REC,HEALTH & WELLNESS )
01-27-2012 /REVIEW /JMT/FTD        /FTD
               TYPE: OTHER      (ENROLL IN ESL FIRST, THEN GED.)
12-30-2011 /REVIEW /JMT/FTD        /FTD
               TYPE: OTHER      (PSI STATES W/DREW 5TH GRADE   )

  ---------------------------- ESL PROGRAM --------------------------------
06-27-2012 /REVIEW /FTD-MM         /FTD
               TYPE: OTHER      (PER INTERVIEW, FLUENT IN ENGLI)
                                (SH= ESL HAS                   )

G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Hector Luis Cartagena Rodriguez
Federal Correctional Institution
Building 5802
P.O. Box 2000
Fort Dix, NJ 08640



Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

Attention: Clerk of Courts